PER CURIAM.
Affirmed. Hoyt v. Corbett, 559 So.2d 98 (Fla. 4th DCA 1990); Merryman v. Mattheus, 529 So.2d 727 (Fla. 2d DCA 1988); Raulerson v. Roehr, 511 So.2d 1027 (Fla. 2d DCA), rev. denied, 518 So.2d 1277 (Fla. 1987); Adkins v. Economy Eng’g Co., 495 So.2d 247 (Fla. 2d DCA 1986), rev. denied, 503 So.2d 326 (Fla.1987); Glaab v. Caudill, 236 So.2d 180 (Fla. 2d DCA 1970).